# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | **ORDER** |
| In the Matter of the Search of ) | |
| Facebook Contents Associated with ) | Case No. 1:16-mj-197 |
| Shane F. Kahl and Brian A. ) | |
| Zentner | |

The court **ORDERS** that the above-captioned matter shall remain under seal until November 28, 2016.

Dated that 17th day of August, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court